|   |   |
|---|---|
| MICHAEL HOLBROOK, | Case No.: C 10-5414 PSG |
| Plaintiff, | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. |  |
| THANH T. DUONG DBA HECKER PASS GAS & MART DBA SHELL MINI-MART, ET AL., |  |
| Defendants. |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

On January 25, 2011, Defendant Thanh T. Duong doing business as Hecker Pass Gas & Mart doing business as Shell Mini-Mart filed a motion to dismiss. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to dismiss, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than February 7, 2011, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

section of the court's website at www.cand.uscourts.gov.

Dated: January 26, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge