# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLBROOK,<br><br>    Plaintiff,<br><br>  vs.<br><br>THANH T. DUONG dba HECKER PASS GAS & MART aka SHELL MINI MART; YANG H. PAE and YOUNG S. PAE,<br><br>    Defendants. | No.  5:10-CV-05414-PSG<br><br>[PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT AND DATE FOR FILING ANY OPPOSITION AND REPLY |

Upon the request of Plaintiff's counsel and good cause appearing,

**IT IS HEREBY ORDERED** that the hearing on the motion for summary judgment filed by Defendants Yang H. Pae and Young S. Pae, currently set for February 28, 2012, be continued to    3/6   , 2012 at 10:00 a.m. in Courtroom 5 before the Honorable Paul S. Grewal.

**IT IS FURTHER ORDERED** that any opposition be filed no later than    2/14   , 2012.  Any reply is to be filed no later than    2/21   , 2012. **IT IS SO ORDERED**.

Dated:   2/7/2012

*Paul S. Grewal*
United States Magistrate Judge

*Holbrook v. Duong, et al.*
[PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT