**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11    MICHAEL HOLBROOK,                    )      Case No.: 10-CV-05414-PSG
                                           )
12                       Plaintiff,        )      **ORDER GRANTING DEFENDANTS**
            v.                             )      **YANG H. PAE AND YONG S. PAE'S**
13                                         )      **MOTION FOR SUMMARY**
      THANH T. DUONG, ET AL.,              )      **JUDGMENT**
14                                         )
                         Defendants.       )      **(Re: Docket No. 44)**
15                                         )
                                           )
16                                         )
      _____ )

17

18           Defendants Yang H. Pae and Young S. Pae (the "Pae Defendants") seek summary judgment

19    in this action for injunctive relief under Title III of the Americans with Disability Act ("ADA") and

20    for additional relief under related state-law claims.[1]  The court elects to rule on the Pae Defendants'

21    motion without a hearing pursuant to Civ. L.R. 7-1(b).

22           The Pae Defendants' principal argument is that Plaintiff Michael Holbrook's ("Holbrook")

23    ADA claims were mooted when Defendant Thanh T. Duoung  ("Duong") closed the gas station

24    that was the subject of the ADA action.  The Pae Defendants further argue that this court should

25    decline to exercise supplemental jurisdiction over the remaining state law claims.  Holbrook

26    concedes that the ADA claims are now moot, but requests that the court retain supplemental

27    jurisdiction over the state law claims as a matter of discretion.

28    _____
      [1] *See* Docket No. 44.

                                                   1
      Case No.: C 10-5414
      ORDER

**United States District Court**
For the Northern District of California

1    The court agrees with the parties that Holbrook's ADA claims are now moot.  Summary

2    judgment in favor of Defendants on the ADA claims is GRANTED.  As for the related state-law

3    claims, given the absence of any available relief under federal law, the court in its discretion

4    declines to exercise supplemental jurisdiction pursuant to 28 U.S.C. S 1367(c)(3).[2]  These claims

5    are dismissed without prejudice to refiling in state court, where the court notes that attorneys' fees

6    are available to the plaintiff or a substituted party to mitigate the inconvenience of litigation in

7    another forum.[3]

8    **IT IS SO ORDERED.**

9

10   Dated:   2/29/2012                                        _Paul S. Grewal_____
                                                               PAUL S. GREWAL
11                                                             United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   [2] *See City of Conlon v. American Promotional Events, Inc.-West*, 614 F.3d 998, 1008 (9th Cir. 2010).

27   [3] *See Pickern v. Stanton's Restaurant & Woodsman Room*, Case No. C 01-2112 SI, 2002 WL
     143817, at *3 (N.D. Cal. Jan. 29, 2002).

28

2

Case No.: C 10-5414
ORDER